UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| James T. Burke, <br><br> Petitioner, <br><br> v. <br><br> Nick Deml, Commissioner, <br><br> Respondent. | Civil Action No. 2:25–cv–587-cr-kjd |

## **ORDER**
(Doc. 1)

Petitioner James T. Burke, a prisoner representing himself, seeks to file a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and the rules governing proceedings thereunder.

The Clerk of this Court is respectfully directed to serve a copy of the Petition and this Order upon Respondent and the Office of the Attorney General of Vermont. Respondent shall within 30 days after the date of this Order file an answer as required by Rule 5, 28 U.S.C. § 2254, and show cause—if any there be—why the writ should not issue as requested. Any reply to Respondent's answer shall be filed within 30 days after service of the answer upon Petitioner.

Dated at Burlington, in the District of Vermont, this 28th day of July 2025.

*/s/ Kevin J. Doyle*
United States Magistrate Judge